## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**PATRICIA KENNEDY,**

        Plaintiff,

        Case No: 8:19-cv-1856-VMC-AEP

v.

**DTDT II, INC.,**

        Defendant,

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court or administrative agency as indicated below:

___X___ IS NOT         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court or administrative agency

                                      /s/ *Philip Michael Cullen, III,*
                                      PHILIP MICHAEL CULLEN, III
                                      Attorney-at-Law – Chartered
                                      Fla. Bar No: 167853
                                      621 South Federal Highway, Suite Four
                                      Fort Lauderdale, Florida 33301
                                      Telephone: (954) 462-0600
                                      Facsimile: (954) 462-1717
                                      CULLENIII@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on August 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III, Esq.*