## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number 8 19-CV-1856-T-33AEP

Plaintiff
PATRICIA KENNEDY, INDIVIDUALLY
vs
Defendant
DTDT II, INC.


JVS2019008351

For: Philip Michael Cullen, III Esq
Philip Michael Cullen, III

Received by COMPASS INVESTIGATIONS on the 31st day of July, 2019 at 1:15 pm to be served on DTDT II, INC. BY SERVING RICHARD L. DAVIS AS REGISTERED AGENT, 132 LAKE REGION CIRCLE, WINTER HAVEN, FL 33884. I, Corey Maneiro, do hereby affirm that on the 7 day of August, 2019 at 10:55 am, executed service by delivering a true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT (INJUNCTIVE RELIEF DEMANDED), SPOLIATION LETTER FROM PHILIP MICHAEL CULLEN, III TO DTDT II, INC. in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE   Served the within-named person, Richard Davis _____ ( ) at the provided address herein (X) at the alternate address below for the reason detailed in the Comments below.

( ) PUBLIC AGENCY   By serving _____ as _____ of the within-named agency. Served ( ) at the provided address herein ( ) at the alternate address below for the reason detailed in the Comments below

( ) SUBSTITUTE SERVICE   By serving _____ as _____ ( ) at the provided address herein ( ) at the alternate address below for the reason detailed in the Comments below

( ) CORPORATE SERVICE   By serving _____ as _____ ( ) at the provided address herein ( ) at the alternate address below for the reason detailed in the Comments below

( ) NON SERVICE   For the reason detailed in the Comments below.

COMMENTS: Served at 19501 US Hwy 27 Lake Wales, FL. First Address Given is a Residence. Server left card, Mr Davis Requested service at his place of business.

Age 55   Sex (M) F   Race WHITE   Height 6'0"   Weight 180   Hair GREY   Glasses (Y) N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

PROCESS SERVER # CA 892
Appointed in accordance with State Statutes

COMPASS INVESTIGATIONS
927 S.E. 1st Street
Pompano Beach, FL 33060
(954) 527-5722

Our Job Serial Number: 2019008351
Ref: 2921 Philip Cullen

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| PATRICIA KENNEDY, Individually, <br><br> Plaintiff, <br> v. <br><br> DTDT II, INC., <br><br> Defendant. | ) ) ) ) ) ) ) | Civil Action No. 8:19-cv-1856-T-33AEP |
|---|---|---|

## SUMMONS IN A CIVIL ACTION

To:  DTDT II, INC.
C/O RICHARD L. DAVIS, Registered Agent
132 LAKE REGION CIR
WINTER HAVEN, FL 33884

REC'D ON: 7/31/19
SERVED: PLS
DATE: 8/7/19  TIME: 10:55 AM
SERVED BY: CM #CA892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PHILIP MICHAEL CULLEN, III, Esq.
621 SOUTH FEDERAL HIGHWAY, SUITE 4
FORT LAUDERDALE, FLORIDA 33301
(954) 462-0600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Barbara Sohn

Date: Jul 31, 2019

Signature of Clerk or Deputy