## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| PATRICIA KENNEDY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DTDT II, Inc.,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 8:19-cv-01856 |

## UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Defendant DTDT II, Inc. ("DTDT" or "Defendant") respectfully moves for a brief extension of time to and including September 11, 2019, to answer, move or otherwise respond to Plaintiff's Complaint, and states the following in support:

1. Plaintiff filed the Complaint on July 30, 2019 and served Defendant with the Summons and Complaint on August 7, 2019. Accordingly, DTDT is due to respond to the Complaint on or before August 28, 2019.

2. When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b).

3. This request is being made before the original deadline expires.

4. Defendant's counsel is in the process of intaking and reviewing Defendant's files relevant to the underlying litigation. In order to fully investigate and formulate an appropriate response(s) to the Complaint on behalf of the Defendant, counsel for Defendant requests a brief

extension of time, up to and including September 11, 2019, to respond to Plaintiff's Complaint. Furthermore, counsel for the parties are engaging in early discussions to determine if amicable resolution is possible.

5. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

6. The undersigned has discussed the subject matter of this Motion with Plaintiff's counsel, who is not opposed to the relief sought herein.

WHEREFORE, DTDT II, Inc. respectfully requests an extension of time up to and including September 11, 2019, to answer, move or otherwise respond to Plaintiff's Complaint.

### CERTIFICATION OF CONFERENCE WITH COUNSEL

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the subject matter of this motion, and Plaintiff is not opposed to the relief sought herein.

Dated: August 26, 2019

Respectfully submitted,
By: */s/ Jesse Unruh*
    Jesse Unruh, FL Bar # 93121
    JET DOT LAW, PLLC
    12249 Science Drive
    Suite 155
    Orlando, FL 32826
    (407) 494-0135
    www.jet.law
Attorney for Defendant DTDT II, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system will which send a notice of electronic filing to the following: Philip Michael Cullen, III at cullenIII@aol.com, 621 S Federal Hwy, Suite 4, Ft. Lauderdale, FL 33301.

/s/ Jesse Unruh
Jesse Unruh
