# CASE LIST

## Select A Case

**Patricia Kennedy is a plaintiff in 372 cases.**

| | | | |
|---|---|---|---|
| 2:06-cv-00178-UA-SPC | Access For The Disabled, Inc., et al v. Pohlmann et al | filed 04/03/06 | closed 02/05/07 |
| 2:06-cv-00289-JES-DNF | Access For The Disabled, Inc., et al v. Estero Bay Hotel Company | filed 06/14/06 | closed 06/05/07 |
| 2:11-cv-00535-JES-SPC | Access For The Disabled, Inc. et al v. The TJX Companies, Inc. | filed 09/23/11 | closed 01/03/12 |
| 2:12-cv-00095-UA-SPC | Access for the Disabled, Inc. et al v. Burlington Coat Factory Warehouse Corporation | filed 02/23/12 | closed 11/14/12 |
| 2:12-cv-00490-JES-UAM | Access for the Disabled et al v. W Corp. Holdings of Collier County, Inc. | filed 09/04/12 | closed 11/29/13 |
| 2:15-cv-00630-JES-CM | Kennedy v. Radio Road Plaza Investments, LLC | filed 10/09/15 | closed 04/04/16 |
| 2:15-cv-00631-JES-CM | Kennedy v. Naples Park Plaza, LLC | filed 10/09/15 | closed 05/31/16 |
| 2:15-cv-00632-JES-CM | Kennedy v. Murphy et al | filed 10/09/15 | closed 09/20/16 |
| 2:15-cv-00673-CM | Kennedy v. Del Mar Retail Center Condominum Association, Inc. et al | filed 10/29/15 | closed 06/30/16 |
| 2:15-cv-00707-CM | Kennedy v. Schulte | filed 11/12/15 | closed 06/13/16 |
| 2:15-cv-00724-SPC-CM | Kennedy v. Llerena et al | filed 11/23/15 | closed 06/23/16 |
| 2:15-cv-00736-SPC-MRM | Kennedy v. West Coast Development Corporation of Naples, Inc. | filed 11/30/15 | closed 08/25/16 |
| 2:15-cv-00757-JES-MRM | Kennedy v. Mt. Ridge Realty Associates, LLC | filed 12/04/15 | closed 12/05/16 |
| 2:15-cv-00760-MRM | Kennedy v. Welsh Companies Florida, Inc. et al | filed 12/07/15 | closed 05/10/16 |
| 2:15-cv-00761-JES-CM | Kennedy v. Captain Investments, Inc. | filed 12/07/15 | closed 10/14/16 |
| 2:15-cv-00772-SPC-CM | Kennedy v My Naples Sunshine, LLC et al | filed 12/10/15 | closed 05/19/16 |
| 2:15-cv-00775-JES-MRM | Kennedy v. Pipers Crossing 1202, LLC et al | filed 12/11/15 | closed 08/25/16 |
| 2:15-cv-00801-JES-CM | Kennedy v. PMAT Prado LLC et al | filed 12/28/15 | closed 04/08/16 |
| 2:16-cv-00091-SPC-CM | Kennedy v. SWF Investments LLC | filed 02/03/16 | closed 07/18/16 |
| 2:16-cv-00092-SPC-MRM | Kennedy v. Kite Eagle Creek, LLC | filed 02/03/16 | closed 04/15/16 |
| 2:16-cv-00093-JES-CM | Kennedy v. Arena et al | filed 02/03/16 | closed 05/05/16 |
| 2:16-cv-00094-MRM | Kennedy v. Area Realty Florida, LLC | filed 02/03/16 | closed 05/19/16 |
| 2:16-cv-00095-SPC-MRM | Kennedy v. IPTV-B-CO6, LLC et al | filed 02/03/16 | closed 08/05/16 |
| 2:16-cv-00096-JES-CM | Kennedy v. Katlou, LLC | filed 02/03/16 | closed 01/17/17 |

| | | | |
|---|---|---|---|
| 2:16-cv-00097-JES-MRM | Kennedy v. NYFL Commercial Holdings 2, LLC | filed 02/03/16 | closed 08/04/16 |
| 2:16-cv-00098-SPC-CM | Kennedy v. Brixmor Park Shore Outparcel LLC et al | filed 02/03/16 | closed 07/26/16 |
| 2:16-cv-00102-JES-MRM | Kennedy v. Griffin Bonita Springs Properties LLC | filed 02/04/16 | closed 04/20/16 |
| 2:16-cv-00125-JES-MRM | Kennedy v. Spragins et al | filed 02/12/16 | closed 11/08/16 |
| 2:16-cv-00132-SPC-CM | Kennedy v. J P R Trusting Enterprise, Inc. | filed 02/16/16 | closed 12/05/16 |
| 2:16-cv-00133-JES-CM | Kennedy v. Vercil E. and Helene Senseman LLP et al | filed 02/16/16 | closed 12/21/16 |
| 2:16-cv-00134-SPC-CM | Kennedy v. Pelican Village Plaza, LLC et al | filed 02/16/16 | closed 05/27/16 |
| 2:16-cv-00135-JES-MRM | Kennedy v. NYFL Commercial Holdings, LLC et al | filed 02/16/16 | closed 06/02/16 |
| 2:16-cv-00147-JES-MRM | Kennedy v. Divito Enterprises Limited Partnership | filed 02/19/16 | closed 10/07/16 |
| 2:16-cv-00148-SPC-CM | Kennedy v. Roumely, Inc. | filed 02/19/16 | closed 09/08/16 |
| 2:16-cv-00164-JES-MRM | Kennedy v. First CZ Real Estate, LLC | filed 02/29/16 | closed 03/25/16 |
| 2:16-cv-00175-JES-CM | Kennedy v. Indulok Corporation | filed 03/07/16 | closed 12/01/16 |
| 2:16-cv-00176-SPC-MRM | Kennedy v. CS College Parkway, LLC | filed 03/07/16 | closed 03/31/16 |
| 2:16-cv-00177-JES-MRM | Kennedy v. Forest Plaza, LLC | filed 03/07/16 | closed 07/26/16 |
| 2:16-cv-00178-JES-MRM | Kennedy v. The Prudential Insurance Company of America | filed 03/07/16 | closed 06/08/16 |
| 2:16-cv-00179-CM | Kennedy v. Howell | filed 03/07/16 | closed 08/03/17 |
| 2:16-cv-00180-JES-MRM | Kennedy v. Dollar Tree Stores, Inc. et al | filed 03/07/16 | closed 09/21/16 |
| 2:16-cv-00191-SPC-MRM | Kennedy v. Musca Properties, LLC et al | filed 03/14/16 | closed 04/18/17 |
| 2:16-cv-00192-SPC-CM | Kennedy v. Pipeline Properties, LLC et al | filed 03/14/16 | closed 10/31/16 |
| 2:16-cv-00193-JES-MRM | Kennedy v. McGregor Pointe Shopping Center, LLC | filed 03/14/16 | closed 04/21/16 |
| 2:16-cv-00194-SPC-MRM | Kennedy v. DFG-Plantation, LLC | filed 03/14/16 | closed 08/23/16 |
| 2:16-cv-00195-JES-MRM | Kennedy v. RLR1, LLC et al | filed 03/14/16 | closed 11/02/16 |
| 2:16-cv-00196-SPC-CM | Kennedy v. Bickimer et al | filed 03/14/16 | closed 01/17/17 |
| 2:16-cv-00197-JES-CM | Kennedy v. Benderson et al | filed 03/14/16 | closed 08/26/16 |
| 2:16-cv-00213-SPC-MRM | Kennedy v. 2014 Bonita Springs L.L.L.P. et al | filed 03/18/16 | closed 07/05/16 |
| 2:16-cv-00214-SPC-MRM | Kennedy v. Three J'S L.L.P. et al | filed 03/18/16 | closed 02/23/18 |
| 2:16-cv-00220-SPC-CM | Kennedy v. Plaza Fort Myers, LLC | filed 03/21/16 | closed 08/03/16 |

| | | | |
|---|---|---|---|
| [2:16-cv-00221-SPC-CM](#) | Kennedy v. Wynn Properties, Inc. | filed 03/21/16 | closed 07/11/16 |
| [2:16-cv-00222-SPC-MRM](#) | Kennedy v. Shoppes of Estero | filed 03/21/16 | closed 08/03/16 |
| [2:16-cv-00229-JES-MRM](#) | Kennedy v. CH Realty VI/R Naples Neapolitan LLC | filed 03/24/16 | closed 10/07/16 |
| [2:16-cv-00231-JES-MRM](#) | Kennedy v. Bonita Grande Investment, L.L.C. | filed 03/25/16 | closed 12/27/16 |
| [2:16-cv-00236-SPC-MRM](#) | Kennedy v. Weiner et al | filed 03/28/16 | closed 11/30/16 |
| [2:16-cv-00253-JES-CM](#) | Kennedy v. Bruno et al | filed 04/04/16 | closed 08/30/16 |
| [2:16-cv-00254-JES-CM](#) | Kennedy v. CMH Group LLC | filed 04/04/16 | closed 12/19/16 |
| [2:16-cv-00275-UA-CM](#) | Kennedy v. Prisa Summerlin FL, LLC | filed 04/13/16 | closed 08/23/16 |
| [2:16-cv-00276-SPC-MRM](#) | Kennedy v. Pru Hammock Cove, LLC | filed 04/13/16 | closed 07/22/16 |
| [2:16-cv-00277-SPC-CM](#) | Kennedy v. Musca Properties, LLC et al | filed 04/13/16 | closed 10/07/16 |
| [2:16-cv-00310-MRM](#) | Kennedy v. Grand Bay Station LLC | filed 04/27/16 | closed 08/03/16 |
| [2:16-cv-00311-SPC-CM](#) | Kennedy v. Publix Super Markets, Inc. | filed 04/27/16 | closed 02/14/17 |
| [2:16-cv-00318-SPC-CM](#) | Kennedy v. Regency Realty Group, Inc. | filed 04/29/16 | closed 11/28/16 |
| [2:16-cv-00325-SPC-MRM](#) | Kennedy v. REG8 Berkshire Common, LLC | filed 05/02/16 | closed 10/27/16 |
| [2:16-cv-00344-JES-CM](#) | Kennedy v. JLB Ft Myers LLC | filed 05/09/16 | closed 09/08/16 |
| [2:16-cv-00345-JES-CM](#) | Kennedy v. CH Realty VI/R Naples Crossroads, LLC | filed 05/09/16 | closed 09/23/16 |
| [2:16-cv-00358-SPC-CM](#) | Kennedy v. Baldwin | filed 05/12/16 | closed 08/04/17 |
| [2:16-cv-00371-JES-MRM](#) | Kennedy v. Regency Square FM, LLC | filed 05/16/16 | closed 10/13/16 |
| [2:16-cv-00384-JES-MRM](#) | Kennedy v. DAD Development Corp. | filed 05/19/16 | closed 08/25/16 |
| [2:16-cv-00406-SPC-MRM](#) | Kennedy v. PLN Properties, LLC | filed 05/26/16 | closed 10/31/16 |
| [2:16-cv-00578-SPC-CM](#) | Kennedy v. Regency Realty Group, Inc. et al | filed 07/25/16 | closed 03/15/17 |
| [2:16-cv-00615-JES-MRM](#) | Kennedy v. Reg8 Berkshire Commons, LLC | filed 08/08/16 | closed 10/27/16 |
| [2:16-cv-00616-SPC-CM](#) | Kennedy v. Publix Super Markets, Inc. | filed 08/08/16 | closed 12/13/16 |
| [2:16-cv-00635-JES-MRM](#) | Kennedy v. SWF Investments, L.L.C. | filed 08/15/16 | closed 09/04/18 |
| [2:16-cv-00644-SPC-MRM](#) | Kennedy v. Perseco Corporation | filed 08/19/16 | closed 12/07/16 |
| [2:16-cv-00681-JES-MRM](#) | Kennedy v. 3 Carter's Subway, Inc. | filed 09/06/16 | closed 01/18/17 |

| | | | |
|---|---|---|---|
| [2:16-cv-00700-JES-CM](#) | Kennedy v. Shadow Court Fuels, Inc. | filed 09/13/16 | closed 03/06/17 |
| [2:16-cv-00722-SPC-CM](#) | Kennedy v. PSM Colonial Crossings, LLC et al | filed 09/23/16 | closed 02/09/17 |
| [2:16-cv-00742-SPC-MRM](#) | Kennedy v. Bonita Diner, LLC | filed 09/30/16 | closed 04/26/17 |
| [2:16-cv-00766-JES-MRM](#) | Kennedy v. Colonial Funding Group, LLC et al | filed 10/14/16 | closed 02/13/17 |
| [2:16-cv-00806-JES-CM](#) | Kennedy v. Gulf Gate Plaza, LLC | filed 10/31/16 | closed 02/27/18 |
| [2:16-cv-00817-JES-CM](#) | Kennedy v. Publix Super Markets, Inc. | filed 11/07/16 | closed 12/05/16 |
| [2:16-cv-00818-SPC-CM](#) | Kennedy v. The Shoppes at San Carlos et al | filed 11/07/16 | closed 05/16/17 |
| [2:16-cv-00858-JES-CM](#) | Kennedy v. BRE Mariner Marco Town Center LLC | filed 11/30/16 | closed 05/16/17 |
| [2:17-cv-00028-SPC-MRM](#) | Kennedy v. LQ Florida Properties, L.L.C. | filed 01/17/17 | closed 05/04/17 |
| [2:17-cv-00039-UA-CM](#) | Kennedy v. L Q Florida Properties L.L.C. | filed 01/23/17 | closed 01/25/17 |
| [2:17-cv-00072-JES-MRM](#) | Kennedy v. Pappas et al | filed 02/02/17 | closed 02/09/17 |
| [2:17-cv-00089-JES-CM](#) | Kennedy v. TICC Investments, LLC et al | filed 02/06/17 | closed 06/22/17 |
| [2:17-cv-00358-SPC-CM](#) | Kennedy v. Tamiami Hotel LLC | filed 06/26/17 | closed 11/20/17 |
| [2:17-cv-00359-JES-CM](#) | Kennedy v. Satvik Shradhdha LLC | filed 06/26/17 | closed 11/13/17 |
| [2:17-cv-00432-SPC-CM](#) | Kennedy v. Ackerman et al | filed 07/28/17 | closed 01/09/18 |
| [2:17-cv-00433-JES-CM](#) | Kennedy v. Laporta Florida Center, LLC et al | filed 07/28/17 | closed 03/05/18 |
| [2:17-cv-00696-SPC-MRM](#) | Kennedy v. U and V Food Corporation et al | filed 12/18/17 | closed 01/31/19 |
| [2:18-cv-00190-JES-CM](#) | Kennedy v. Naples Hotel Company | filed 03/21/18 | closed 08/09/18 |
| [2:18-cv-00196-SPC-CM](#) | Kennedy v. Diamond Resorts Management,Inc. | filed 03/23/18 | closed 07/31/18 |
| [2:18-cv-00249-SPC-CM](#) | Kennedy v. Clayton Plaza, LLC et al | filed 04/16/18 | closed 07/23/18 |
| [2:18-cv-00250-SPC-MRM](#) | Kennedy v. MLB Group, LLC | filed 04/16/18 | closed 10/09/18 |
| [2:18-cv-00258-JES-MRM](#) | Kennedy v. Tidal Investments LLC | filed 04/19/18 | closed 06/11/18 |
| [2:18-cv-00261-JES-CM](#) | Kennedy v. Naples Golf and Beach Club, Inc. | filed 04/19/18 | closed 05/22/18 |
| [2:18-cv-00262-SPC-MRM](#) | Kennedy v. Core Hotels & Resorts, LLC | filed 04/19/18 | closed 09/07/18 |
| [2:18-cv-00265-JES-MRM](#) | Kennedy v. Core Hotels & Resorts LLC | filed 04/20/18 | closed 08/06/18 |
| [2:18-cv-00272-SPC-MRM](#) | Kennedy v. Olde Naples Grand Hotel Inc | filed 04/23/18 | closed 06/19/18 |
| [2:18-cv-00313-SPC-MRM](#) | Kennedy v. JE Investment Enterprises LLC | filed 05/04/18 | closed 07/11/18 |

| | | | |
|---|---|---|---|
| [2:18-cv-00314-SPC-MRM](#) | Kennedy v. Jabo LLC | filed 05/04/18 | closed 07/13/18 |
| [2:18-cv-00374-JES-MRM](#) | Kennedy v. P.J.L. Family Limited Partnership | filed 05/29/18 | closed 08/17/18 |
| [2:18-cv-00379-JES-MRM](#) | Kennedy v. Diamond Head Beach Resort, LLC | filed 06/01/18 | closed 10/11/18 |
| [2:18-cv-00380-SPC-MRM](#) | Kennedy v. Boca Grande | filed 06/01/18 | closed 01/11/19 |
| [2:18-cv-00411-JES-MRM](#) | Kennedy v. Core Hotels & Resorts, LLC | filed 06/12/18 | closed 09/05/18 |
| [2:18-cv-00412-SPC-MRM](#) | Kennedy v. Laxmi Hospitality, LLC | filed 06/12/18 | closed 09/17/18 |
| [2:18-cv-00440-SPC-MRM](#) | Kennedy v. Lighthouse Island Resort Inc. | filed 06/22/18 | closed 02/08/19 |
| [2:18-cv-00526-SPC-UAM](#) | Kennedy v. Joerg | filed 07/30/18 | closed 03/06/19 |
| [2:18-cv-00537-JES-CM](#) | Kennedy v. 6230 Carousel, LLC | filed 08/06/18 | closed 10/12/18 |
| [2:18-cv-00654-JES-UAM](#) | Kennedy v. Patel et al | filed 10/04/18 | closed 01/28/19 |
| [2:18-cv-00655-JES-MRM](#) | Kennedy v. Desai et al | filed 10/04/18 | closed 12/13/18 |
| [2:18-cv-00727-JES-CM](#) | Kennedy v. Siddhi-Vinayak of Tennessee, Inc. et al | filed 10/30/18 | closed 11/01/18 |
| [3:18-cv-00326-BJD-JBT](#) | Kennedy v. Ponte Vedra Corporation | filed 03/05/18 | closed 02/15/19 |
| [3:18-cv-00338-HLA-JBT](#) | Kennedy v. Hionides et al | filed 03/09/18 | closed 01/08/19 |
| [3:18-cv-00401-TJC-MCR](#) | Kennedy v. Color Black LLC | filed 03/26/18 | closed 07/30/18 |
| [3:18-cv-00872-MMH-MCR](#) | Kennedy v. Jai Shree Laxmi, Inc. | filed 07/12/18 | closed 10/30/18 |
| [3:18-cv-00881-BJD-MCR](#) | Kennedy v. Zodiac 21, Inc. | filed 07/16/18 | closed 09/13/18 |
| [3:18-cv-00949-TJC-JBT](#) | Kennedy v. R.K. Brothers Inc | filed 08/06/18 | closed 12/11/18 |
| [3:18-cv-01506-HES-JRK](#) | Kennedy v. Rekha et al | filed 12/21/18 | closed 02/07/19 |
| [5:17-cv-00286-CEM-PRL](#) | Kennedy v. Pope | filed 06/26/17 | closed 01/11/18 |
| [5:17-cv-00355-JSM-PRL](#) | Kennedy v. Quick Stop Leesburg LLC et al | filed 07/28/17 | closed 11/15/17 |
| [5:17-cv-00437-JSM-PRL](#) | Kennedy v. Kenya Core, LLC et al | filed 09/25/17 | closed 03/02/18 |
| [5:17-cv-00442-JSM-PRL](#) | Kennedy v. Pacifica Tampa LTD Partnership | filed 09/28/17 | closed 01/26/18 |
| [5:17-cv-00444-JSM-PRL](#) | Kennedy v. Tavares Property Investment, LLC | filed 06/23/17 | closed 12/06/17 |
| [5:18-cv-00011-JSM-PRL](#) | Kennedy v. ASVP Hospitality LLC | filed 01/08/18 | closed 02/22/18 |
| [5:18-cv-00477-JSM-PRL](#) | Kennedy v. BG Sun Plaza, LLC | filed 09/12/18 | closed 11/07/18 |
| [5:19-cv-00065-JSM-PRL](#) | Kennedy v. NISH Hospitality, LLC | filed 02/11/19 | closed 03/06/19 |

| | | | |
|---|---|---|---|
| 6:02-cv-00114-GAP | Disability Advocacy, et al v. Orlando TM Assoc., et al | filed 01/31/02 | closed 03/29/04 |
| 6:06-cv-00857-ACC-UAM | Access For The Disabled, Inc. et al v. STF Investments, LLC et al | filed 06/23/06 | closed 02/22/07 |
| 6:08-mc-00080-GAP-DAB | Access For The Disabled, Inc. et al v. The Shack Holdings, LLC | filed 07/30/08 | closed 08/05/08 |
| 6:16-cv-01849-PGB-DCI | Kennedy v. Melbourne Beach, L.L.C. | filed 10/24/16 | closed 01/09/18 |
| 6:16-cv-01850-JA-TBS | Kennedy v. Melbourne Hotel, LLC | filed 10/24/16 | closed 04/26/17 |
| 6:16-cv-01851-CEM-KRS | Kennedy v. Paradise Beach Properties, LLC | filed 10/24/16 | closed 05/03/17 |
| 6:16-cv-02128-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 12/12/16 | closed 01/24/18 |
| 6:16-cv-02208-GAP-DCI | Kennedy v. Paniccia-Indialantic, LLC | filed 12/27/16 | closed 04/04/18 |
| 6:17-cv-00073-GAP-GJK | Kennedy v. Telemachos | filed 01/17/17 | closed 09/05/17 |
| 6:17-cv-00074-ACC-TBS | Kennedy v. Schling LLC et al | filed 01/17/17 | closed 11/15/17 |
| 6:17-cv-00089-PGB-TBS | Kennedy v. Dolgencorp, LLC et al | filed 01/19/17 | closed 12/22/17 |
| 6:17-cv-00090-KRS | Kennedy v. 2501 LLC | filed 01/19/17 | closed 06/20/18 |
| 6:17-cv-00206-ACC-GJK | Kennedy v. Downtown Edgewater Plaza Condominium Association, Inc. et al | filed 02/06/17 | closed 04/14/17 |
| 6:17-cv-00207-GAP-DCI | Kennedy v. TICC Investments, LLC et al | filed 02/06/17 | closed 02/10/17 |
| 6:17-cv-00210-GAP-KRS | Kennedy v. Wall et al | filed 02/06/17 | closed 05/12/17 |
| 6:17-cv-00211-ACC-KRS | Kennedy v. Keller et al | filed 02/06/17 | closed 06/27/17 |
| 6:17-cv-00240-GAP-KRS | Kennedy v. Pappas et al | filed 02/02/17 | closed 05/03/17 |
| 6:17-cv-00259-RBD-DCI | Kennedy v. K-P New Smyrna, Inc. | filed 02/13/17 | closed 03/21/17 |
| 6:17-cv-00271-JA-KRS | Kennedy v. Nesh Investments Inc et al | filed 02/16/17 | closed 08/15/17 |
| 6:17-cv-00284-CEM-TBS | Kennedy v. Peggy's Country Kitchen, Inc. | filed 02/17/17 | closed 05/08/17 |
| 6:17-cv-00303-PGB-DCI | Kennedy v. Brevard Management, LLC | filed 02/22/17 | closed 06/26/18 |
| 6:17-cv-00418-PGB-TBS | Kennedy v. Kunik et al | filed 03/08/17 | closed 08/09/17 |
| 6:17-cv-00419-CEM-DCI | Kennedy v. Hawkins et al | filed 03/08/17 | closed 01/16/18 |
| 6:17-cv-00421-CEM-DCI | Kennedy v. Gal et al | filed 03/08/17 | closed 05/08/17 |
| 6:17-cv-00448-ACC-KRS | Kennedy v. Skyview Plaza, LLC. et al | filed 03/13/17 | closed 01/24/18 |
| 6:17-cv-00449-ACC-KRS | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 | closed 01/24/18 |

| | | | |
|---|---|---|---|
| [6:17-cv-00450-ACC-KRS](#) | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 | closed 01/24/18 |
| [6:17-cv-00452-ACC-KRS](#) | Kennedy v. Skyview Plaza, LLC. | filed 03/13/17 | closed 01/24/18 |
| [6:17-cv-00453-ACC-KRS](#) | Kennedy v. Skyview Plaza, LLC et al | filed 03/13/17 | closed 01/24/18 |
| [6:17-cv-00454-GAP-KRS](#) | Kennedy v. IMDAD Haider IRA, LLC et al | filed 03/13/17 | closed 09/20/17 |
| [6:17-cv-00455-GAP-DCI](#) | Kennedy v. Prime Petro, Inc. | filed 03/13/17 | closed 07/19/17 |
| [6:17-cv-00488-GAP-KRS](#) | Kennedy v. HDBF, LLC et al | filed 03/17/17 | closed 05/22/17 |
| [6:17-cv-00496-RBD-KRS](#) | Kennedy v. Park Plaza Of Edgewater Homeowners Association, Inc. et al | filed 03/20/17 | closed 05/19/17 |
| [6:17-cv-00537-PGB-DCI](#) | Kennedy v. Cape Siesta Motel, LLC et al | filed 03/27/17 | closed 10/04/18 |
| [6:17-cv-00547-GAP-KRS](#) | Kennedy v. JPPG, LLC. et al | filed 03/28/17 | closed 05/25/17 |
| [6:17-cv-00548-RBD-DCI](#) | Kennedy v. Rocket Liquors, Inc. et al | filed 03/28/17 | closed 08/15/17 |
| [6:17-cv-00549-RBD-DCI](#) | Kennedy v. Puleio Enterprises, LLC et al | filed 03/28/17 | closed 09/07/17 |
| [6:17-cv-00550-GAP-DCI](#) | Kennedy v. Ichikoshi USA, Inc. et al | filed 03/28/17 | closed 06/27/17 |
| [6:17-cv-00591-GAP-TBS](#) | Kennedy v. L&C Arlington Pines Partnership, LLC | filed 04/03/17 | closed 10/17/18 |
| [6:17-cv-00593-CEM-TBS](#) | Kennedy v. Balajio, LLC | filed 04/03/17 | closed 06/27/18 |
| [6:17-cv-00594-JA-KRS](#) | Kennedy v. VK Realty, LLC | filed 04/03/17 | closed 01/08/18 |
| [6:17-cv-00595-GAP-DCI](#) | Kennedy v. All-Suite Motel, LLC | filed 04/03/17 | closed 04/10/18 |
| [6:17-cv-00596-PGB-KRS](#) | Kennedy v. Chris Pappas as Trustee of the Chris Pappas Revocable Living Trust et al | filed 04/03/17 | closed 08/22/17 |
| [6:17-cv-00605-CEM-GJK](#) | Kennedy v. Solano et al | filed 04/05/17 | closed 01/18/18 |
| [6:17-cv-00634-PGB-DCI](#) | Kennedy v. Taco City 3, Inc. | filed 04/10/17 | closed 02/14/18 |
| [6:17-cv-00638-GAP-DCI](#) | Kennedy v. DG Beach Waves, Inc. | filed 04/10/17 | closed 05/08/17 |
| [6:17-cv-00640-RBD-KRS](#) | Kennedy v. KSK Investments, LLC et al | filed 04/10/17 | closed 08/30/17 |
| [6:17-cv-00641-RBD-DCI](#) | Kennedy v. Gasperilla Lodging, LLC | filed 04/10/17 | closed 10/20/17 |
| [6:17-cv-00661-JA-DCI](#) | Kennedy v. BG's Group, Inc. | filed 04/12/17 | closed 10/20/17 |
| [6:17-cv-00732-PGB-GJK](#) | Kennedy v. Baugher et al | filed 04/24/17 | closed 02/09/18 |
| [6:17-cv-00734-RBD-KRS](#) | Kennedy v. Palm Harbor Assoc Inc. et al | filed 04/24/17 | closed 06/22/17 |
| [6:17-cv-00735-GAP-DCI](#) | Kennedy v. Roseland Plaza LLC et al | filed 04/24/17 | closed 01/16/18 |
| [6:17-cv-00736-CEM-KRS](#) | Kennedy v. Richmond et al | filed 04/24/17 | closed 06/12/17 |

| | | | |
|---|---|---|---|
| 6:17-cv-00737-PGB-KRS | Kennedy v. T & M United Corporation | filed 04/24/17 | closed 07/14/17 |
| 6:17-cv-00757-RBD-DCI | Kennedy v. Petro Management, Inc. et al | filed 04/26/17 | closed 08/01/17 |
| 6:17-cv-00780-RBD-GJK | Kennedy v. Ace Handiman Hardware of Cocoa Beach, Inc. et al | filed 05/01/17 | closed 10/04/17 |
| 6:17-cv-00840-CEM-GJK | Kennedy v. Smith | filed 05/10/17 | closed 08/07/17 |
| 6:17-cv-00844-RBD-KRS | Kennedy v. Dad 1300 N Atlantic Cocoa, LP | filed 05/11/17 | closed 11/20/17 |
| 6:17-cv-00888-GAP-GJK | Kennedy v. Shrimp Happens, Inc. | filed 05/17/17 | closed 07/14/17 |
| 6:17-cv-00964-GAP-TBS | Kennedy v. Tyloyleonson, Inc. | filed 05/26/17 | closed 11/13/17 |
| 6:17-cv-00981-CEM-DCI | Kennedy v. Port St. John Station LLC | filed 05/31/17 | closed 12/13/17 |
| 6:17-cv-01047-RBD-GJK | Kennedy v. Beachside Commercial Properties, LLC et al | filed 06/08/17 | closed 09/25/17 |
| 6:17-cv-01125-PGB-DCI | Kennedy v. Corbett | filed 06/19/17 | closed 11/15/17 |
| 6:17-cv-01181-PGB-GJK | Kennedy v. F & R Enterprises, L.L.C | filed 06/26/17 | closed 08/17/17 |
| 6:17-cv-01182-PGB-DCI | Kennedy v. Mahesh Properties, Inc. | filed 06/26/17 | closed 08/17/17 |
| 6:17-cv-01183-GAP-GJK | Kennedy v. SCF RC Funding I LLC et al | filed 06/26/17 | closed 05/21/18 |
| 6:17-cv-01184-GAP-TBS | Kennedy v. Le et al | filed 06/26/17 | closed 10/03/17 |
| 6:17-cv-01185-PGB-KRS | Kennedy v. Florida T&T Enterprise Inc. | filed 06/26/17 | closed 10/05/17 |
| 6:17-cv-01186-PGB-DCI | Kennedy v. Nguyen | filed 06/26/17 | closed 03/06/18 |
| 6:17-cv-01187-CEM-DCI | Kennedy v. PH & NJ Limited Liability Company | filed 06/26/17 | closed 08/02/17 |
| 6:17-cv-01188-CEM-TBS | Kennedy v. S & S Ferrara III, Inc. | filed 06/26/17 | closed 03/06/18 |
| 6:17-cv-01189-PGB-GJK | Kennedy v. Circle K Stores Inc. | filed 06/26/17 | closed 09/14/17 |
| 6:17-cv-01199-GAP-GJK | Kennedy v. 20-02190 Garden St LLC | filed 06/28/17 | closed 07/11/17 |
| 6:17-cv-01225-CEM-TBS | Kennedy v. RP & LM Enterprises, Inc. | filed 07/03/17 | closed 08/25/17 |
| 6:17-cv-01273-CEM-GJK | Kennedy v. Mas Food Mart, Inc. | filed 07/12/17 | closed 01/24/18 |
| 6:17-cv-01274-RBD-DCI | Kennedy v. UFF DAA, Inc | filed 07/12/17 | closed 07/28/17 |
| 6:17-cv-01275-GAP-TBS | Kennedy v. Panita Food, Inc. et al | filed 07/12/17 | closed 08/03/17 |
| 6:17-cv-01276-CEM-KRS | Kennedy v. Tekelewold | filed 07/12/17 | closed 07/26/18 |
| 6:17-cv-01314-GAP-GJK | Kennedy v. All American Oil, LLC | filed 07/17/17 | closed 08/29/17 |
| 6:17-cv-01315-GAP-DCI | Kennedy v. Shivstar Investments LLC | filed 07/17/17 | closed 01/05/18 |

| | | | |
|---|---|---|---|
| [6:17-cv-01378-RBD-KRS](#) | Kennedy v. Giant Oil, Inc. | filed 07/26/17 | closed 11/29/17 |
| [6:17-cv-01403-RBD-GJK](#) | Kennedy v. Basila et al | filed 07/31/17 | closed 12/20/17 |
| [6:17-cv-01404-PGB-DCI](#) | Kennedy v. OHM, Inc. | filed 07/31/17 | closed 10/06/17 |
| [6:17-cv-01573-CEM-KRS](#) | Kennedy v. Woodcock | filed 08/30/17 | closed 10/17/17 |
| [6:17-cv-01576-CEM-GJK](#) | Kennedy v. Circle K Stores, Inc. | filed 08/31/17 | closed 09/14/17 |
| [6:17-cv-01577-GAP-DCI](#) | Kennedy v. Sat Guru Enterprises, Inc. | filed 08/31/17 | closed 07/26/18 |
| [6:17-cv-01578-PGB-KRS](#) | Kennedy v. Patel et al | filed 08/31/17 | closed 11/01/17 |
| [6:17-cv-01579-PGB-DCI](#) | Kennedy v. Bindi, Inc. | filed 08/31/17 | closed 07/26/18 |
| [6:17-cv-01580-CEM-DCI](#) | Kennedy v. Ali et al | filed 08/31/17 | closed 10/04/17 |
| [6:17-cv-01581-GAP-GJK](#) | Kennedy v. Sunshine State Holdings II, Inc. | filed 08/31/17 | closed 11/13/17 |
| [6:17-cv-01582-RBD-GJK](#) | Kennedy v. M and S Investment Group, LLC | filed 08/31/17 | closed 11/03/17 |
| [6:17-cv-01583-GAP-GJK](#) | Kennedy v. Silver Star Entity, LLC | filed 08/31/17 | closed 10/25/17 |
| [6:17-cv-01627-PGB-KRS](#) | Kennedy v. ADI Viera Hotels, LLC | filed 09/13/17 | closed 03/05/18 |
| [6:17-cv-01687-GAP-GJK](#) | Kennedy v. Cape Canaveral Shrimp Company, Inc. | filed 09/25/17 | closed 12/19/17 |
| [6:17-cv-01831-JA-DCI](#) | Kennedy v. Cocoa Beach Development, Inc. et al | filed 10/23/17 | closed 02/21/18 |
| [6:17-cv-01832-GAP-GJK](#) | Kennedy v. Westgate Resorts, Ltd. | filed 10/23/17 | closed 01/09/18 |
| [6:17-cv-01872-GAP-TBS](#) | Kennedy v. Captain D's, LLC | filed 10/30/17 | closed 05/21/18 |
| [6:17-cv-01946-CEM-GJK](#) | Kennedy v. I Shops Orlando, LLC | filed 11/13/17 | closed 03/26/18 |
| [6:17-cv-01947-ACC-TBS](#) | Kennedy v. Morse Realty, Inc. et al | filed 11/13/17 | closed 01/04/18 |
| [6:17-cv-01948-RBD-TBS](#) | Kennedy v. Daytona JTT, LLC | filed 11/13/17 | closed 05/18/18 |
| [6:17-cv-01949-PGB-TBS](#) | Kennedy v. Mi Tierra Authentic Mexican Restaurant Inc. | filed 11/13/17 | closed 05/09/18 |
| [6:17-cv-01966-CEM-DCI](#) | Kennedy v. Viksar Inc. et al | filed 11/15/17 | closed 06/04/18 |
| [6:17-cv-01967-GAP-TBS](#) | Kennedy v. Clayton's Crab Holdings, Inc. et al | filed 11/15/17 | closed 01/09/18 |
| [6:17-cv-01986-GAP-GJK](#) | Kennedy v. Simpler Corp. | filed 11/20/17 | closed 02/01/18 |
| [6:17-cv-01987-GAP-GJK](#) | Kennedy v. G6 Hospitality, LLC | filed 11/20/17 | closed 06/20/18 |
| [6:17-cv-01988-JA-GJK](#) | Kennedy v. Baugher Hotel Group, Inc. | filed 11/20/17 | closed 03/27/18 |

| | | | |
|---|---|---|---|
| 6:17-cv-02014-RBD-TBS | Kennedy v. Orltell, LLC | filed 11/21/17 | closed 04/12/18 |
| 6:17-cv-02015-RBD-GJK | Kennedy v. Capital Investment Orlando, Inc. | filed 11/21/17 | closed 01/30/18 |
| 6:17-cv-02016-CEM-KRS | Kennedy v. Cocoa Beach Capital Group, LLC | filed 11/21/17 | closed 12/28/17 |
| 6:17-cv-02034-ACC-GJK | Kennedy v. Marriott International, Inc. | filed 11/24/17 | closed 05/08/18 |
| 6:17-cv-02101-JA-KRS | Kennedy v. Rosen Hotels and Resorts, Inc. | filed 12/07/17 | closed 03/19/18 |
| 6:17-cv-02102-ACC-KRS | Kennedy v. Sanford Inn, Inc. | filed 12/07/17 | closed 01/04/18 |
| 6:17-cv-02111-GAP-TBS | Kennedy v. Aayush Corporation et al | filed 12/08/17 | closed 02/12/18 |
| 6:17-cv-02154-RBD-TBS | Kennedy v. Marriott International, Inc. | filed 12/18/17 | closed 04/24/18 |
| 6:17-cv-02157-ACC-TBS | Kennedy v. Schling LLC et al | filed 12/18/17 | closed 01/23/19 |
| 6:17-cv-02161-ACC-DCI | Kennedy v. Ramco Purveyor, LLC | filed 12/18/17 | closed 04/23/18 |
| 6:18-cv-00041-JA-GJK | Kennedy v. Shiv Sadhna LLC | filed 01/08/18 | closed 05/22/18 |
| 6:18-cv-00152-JA-KRS | Kennedy v. PREM Investments Inc. | filed 01/29/18 | closed 05/11/18 |
| 6:18-cv-00169-CEM-GJK | Kennedy v. McCoy Investments Hotel Management I LLC et al | filed 02/01/18 | closed 07/25/18 |
| 6:18-cv-00210-PGB-TBS | Kennedy v. New Smyrna ACD LLC | filed 02/09/18 | closed 08/01/18 |
| 6:18-cv-00314-ACC-TBS | Kennedy v. Harborside Suites, LLC | filed 03/02/18 | closed 03/08/18 |
| 6:18-cv-00322-GAP-KRS | Kennedy v. Crestwood Suites of Lakeland, LLC | filed 03/05/18 | closed 03/07/18 |
| 6:18-cv-00395-PGB-GJK | Kennedy v. G.E.J.E.L Management, Inc. | filed 03/15/18 | closed 04/18/18 |
| 6:18-cv-00414-CEM-TBS | Kennedy v. Courtyard at Lake Lucerne, Inc. | filed 03/19/18 | closed 04/25/18 |
| 6:18-cv-00427-ACC-DCI | Kennedy v. Milan Properties, Inc. | filed 03/23/18 | closed 11/20/18 |
| 6:18-cv-00469-RBD-TBS | Kennedy v. T Old Town, LLC | filed 03/28/18 | closed 06/01/18 |
| 6:18-cv-00470-PGB-TBS | Kennedy v. TRIKSPIN INC. | filed 03/28/18 | closed 06/06/18 |
| 6:18-cv-00471-JA-KRS | Kennedy v. DM Sabannah LLC et al | filed 03/28/18 | closed 07/26/18 |
| 6:18-cv-00587-CEM-DCI | Kennedy v. Eola Land Co. Inc. | filed 04/16/18 | closed 06/06/18 |
| 6:18-cv-00589-JA-DCI | Kennedy v. RH Resorts, LLLP | filed 04/16/18 | closed 05/22/18 |
| 6:18-cv-00590-JA-KRS | Kennedy v. ESA P Portfolio, LLC | filed 04/16/18 | closed 06/05/18 |
| 6:18-cv-00670-RBD-KRS | Kennedy v. PRC Enterprises, Inc | filed 04/30/18 | closed 06/29/18 |
| 6:18-cv-00688-CEM-TBS | Kennedy v. Mystic Dunes, LLC | filed 05/04/18 | closed 11/06/18 |

| | | | |
|---|---|---|---|
| 6:18-cv-00689-CEM-GJK | Kennedy v. Capital Lodging LLC | filed 05/04/18 | closed 07/26/18 |
| 6:18-cv-00934-CEM-DCI | Kennedy v. T Old Town, LLC | filed 06/15/18 | closed 08/01/18 |
| 6:18-cv-01862-JA-KRS | Kennedy v. Siddhi-Vinayak of Tennessee, Inc. et al | filed 10/30/18 | closed 02/20/19 |
| 6:18-cv-01950-RBD-DCI | Kennedy v. Shiv Sadhna, LLC | filed 11/13/18 | closed 12/14/18 |
| 6:18-cv-01992-PGB-DCI | Kennedy v. Cape Siesta Motel, LLC et al | filed 11/19/18 | closed 05/13/19 |
| 6:18-cv-02084-PGB-DCI | Kennedy v. New Smyrna ACD LLC | filed 12/04/18 | |
| 6:18-cv-02234-RBD-GJK | Kennedy v. Titan Development Partners LLC | filed 12/31/18 | closed 03/07/19 |
| 6:19-cv-00024-ACC-DCI | Kennedy v. 640 North Atlantic Hospitality, LLC | filed 01/04/19 | closed 06/03/19 |
| 8:11-cv-01830-EAK-TBM | Access For The Disabled, Inc. et al v. Kana Corporation | filed 08/15/11 | closed 03/28/12 |
| 8:11-cv-01832-JDW-TGW | Access For The Disabled, Inc. et al v. MEB Capital, Inc. | filed 08/15/11 | closed 04/26/12 |
| 8:11-cv-01960-VMC-TBM | Access For The Disabled, Inc. et al v. Shiv Shraddha, LLC | filed 08/29/11 | closed 04/20/12 |
| 8:11-cv-02158-VMC-MAP | Access for the Disabled, Inc. et al v. Sparta Nicholoudis Irrev. Trust 1/3 Int et al | filed 09/22/11 | closed 05/16/12 |
| 8:11-cv-02159-JDW-TGW | Access for the Disabled, Inc. et al v. Achutam, Inc. | filed 09/22/11 | closed 09/14/12 |
| 8:11-cv-02165-EAK-EAJ | Access For The Disabled, Inc. et al v. Okeechobee Inn, Inc. et al | filed 09/23/11 | closed 10/09/12 |
| 8:11-cv-02203-MSS-MAP | Access For The Disabled, Inc. et al v. J.H. Williams Oil Company, Inc. | filed 09/28/11 | closed 05/10/12 |
| 8:11-cv-02214-SDM-AEP | Access For The Disabled, Inc. et al v. Bering et al | filed 09/29/11 | closed 02/16/12 |
| 8:11-cv-02215-JDW-AEP | Access For The Disabled, Inc. et al v. Goor Group LLC | filed 09/29/11 | closed 08/15/12 |
| 8:11-cv-02342-JSM-EAJ | Access For The Disabled, Inc. et al v. First Resort, Inc. | filed 10/17/11 | closed 10/01/12 |
| 8:11-cv-02343-SDM-TBM | Access For The Disabled, Inc. et al v. Southby Partnership, Ltd. | filed 10/17/11 | closed 03/29/12 |
| 8:11-cv-02519-MSS-EAJ | Access For The Disabled, Inc. et al v. Welcome Hospitality of Sarasota, LLC | filed 11/07/11 | closed 12/12/12 |
| 8:11-cv-02565-VMC-EAJ | Access for the Disabled, Inc, et al v. Bre/Wellesley Properties, LLC | filed 11/14/11 | closed 03/21/12 |
| 8:11-cv-02567-JSM-EAJ | Access For The Disabled, Inc. et al v. Midho Partners 1, LLC | filed 11/14/11 | closed 04/12/12 |
| 8:12-cv-00303-MSS-MAP | Access for the Disabled, Inc. et al v. Brandon Gas and Grocery LLC | filed 02/13/12 | closed 08/28/12 |
| 8:12-cv-00379-MSS-TGW | Access for the Disabled, Inc. et al v. Vallejo | filed 02/23/12 | closed 08/14/12 |
| 8:12-cv-00380-VMC-TGW | Access for the Disabled, Inc. et al v. Roberts Hotels Tampa, LLC | filed 02/23/12 | closed 04/16/12 |
| 8:12-cv-00381-SDM-MAP | Access for the Disabled, Inc. et al v. Terrace Collection, Llc | filed 02/23/12 | closed 10/17/12 |
| 8:12-cv-00382-VMC-TBM | Access for the Disabled, Inc. et al v. Bapuji Inc. | filed 02/23/12 | closed 05/01/12 |

| | | | |
|---|---|---|---|
| 8:12-cv-00383-SDM-EAJ | Access for the Disabled, Inc. et al v. BRE/LQ FL Properties L.L.C. | filed 02/23/12 | closed 03/09/12 |
| 8:12-cv-00384-JSM-TGW | Access for the Disabled, Inc. et al v. KC Holdings of Brandon, LLC | filed 02/23/12 | closed 04/17/12 |
| 8:12-cv-00663-JSM-EAJ | Access for the Disabled, Inc. et al v. Patel | filed 03/28/12 | closed 12/27/12 |
| 8:12-cv-00819-SDM-EAJ | Access for the Disabled, Inc. et al v. BMC Properties V LLC | filed 04/16/12 | closed 06/19/12 |
| 8:12-cv-00820-MSS-MAP | Access for the Disabled, Inc. et al v. Odyssey Hotel Beta, Inc. | filed 04/16/12 | closed 11/06/12 |
| 8:12-cv-00821-VMC-AEP | Access for the Disabled, Inc. et al v. Island Inn Shores, Inc. | filed 04/16/12 | closed 06/20/12 |
| 8:12-cv-01139-VMC-TBM | Access for the Disabled, Inc. v. General Funding, Inc. | filed 05/21/12 | closed 08/07/12 |
| 8:12-cv-01140-SDM-TBM | Access for the Disabled, Inc. v. R.C. Caron Building Corporation | filed 05/21/12 | closed 02/28/13 |
| 8:12-cv-01144-JDW-MAP | Access for the Disabled, Inc. et al v. Homestyle Buffet and Grill, Inc. et al | filed 05/21/12 | closed 10/31/12 |
| 8:12-cv-01145-SCB-TGW | Access for the Disabled, Inc. et al v. Seacon, Inc. | filed 05/21/12 | closed 12/10/12 |
| 8:12-cv-01146-JDW-EAJ | Access for the Disabled, Inc. et al v. Thai Laina, L.L.C. | filed 05/21/12 | closed 06/26/12 |
| 8:12-cv-01147-EAK-MAP | Access for the Disabled, Inc. et al v. Key Note Inc. | filed 05/21/12 | closed 08/20/12 |
| 8:12-cv-01149-JDW-TBM | Access for the Disabled, Inc. et al v. Weili et al | filed 05/21/12 | closed 01/11/13 |
| 8:12-cv-01292-MSS-AEP | Access for the Disabled et al v. Easy Stop, Inc. et al | filed 06/08/12 | closed 12/10/12 |
| 8:12-cv-01293-MSS-TGW | Access for the Disabled et al v. Vanowen Street, LLC et al | filed 06/08/12 | closed 12/10/12 |
| 8:12-cv-01792-SDM-AEP | Access for the Disabled, Inc. et al v. Arby's IP Holder Trust | filed 08/08/12 | closed 12/18/12 |
| 8:12-cv-01851-EAK-TGW | Access for the Disabled, Inc. et al v. Sarasota Brewing Company III, Inc. | filed 08/15/12 | closed 11/05/12 |
| 8:12-cv-01853-MSS-MAP | Access for the Disabled, Inc. et al v. Supertel Hospitality Limited Partnership | filed 08/15/12 | closed 12/07/12 |
| 8:12-cv-02003-MSS-EAJ | Access for the Disabled et al v. Handy Food Stores, Inc. | filed 09/04/12 | closed 10/07/14 |
| 8:12-cv-02005-JSM-TGW | Kennedy v. Macy's, Florida Stores, LLC. | filed 09/04/12 | closed 08/06/13 |
| 8:12-cv-02013-MSS-TBM | Access for the Disabled, Inc. et al v. TIS, Inc | filed 09/05/12 | closed 03/01/13 |
| 8:12-cv-02084-JDW-TGW | Access for the Disabled, Inc. et al v. Hubbard Properties, LLC | filed 09/14/12 | closed 08/28/13 |
| 8:12-cv-02185-JSM-TGW | Access for the Disabled et al v. Vertical Assets of Elerton, LLC | filed 10/01/12 | closed 10/31/12 |
| 8:12-cv-02186-EAJ | Access for the Disabled et al v. EDZ, Inc. | filed 10/01/12 | closed 08/29/14 |
| 8:12-cv-02914-MSS-EAJ | Access for the Disabled, Inc. | filed 12/27/12 | closed 03/13/13 |
| 8:13-cv-03158-EAK-TGW | Access for the Disabled, Inc. et al v. EDZ, Inc. | filed 12/17/13 | closed 03/04/16 |

Electronic Case Filing | U.S. District Court - Middle District of Florida-Q... https://ecf.flmd.uscourts.gov/cgi-bin/iquery.pl?908758133990172-L_1_1...

Case 8:19-cv-01856-VMC-AEP Document 12-3 Filed 09/04/19 Page 14 of 16 PageID 65

| | | | |
|---|---|---|---|
| [8:14-cv-00169-EAK-TBM](#) | Access for the Disabled, Inc. et al v. Brown et al | filed 01/23/14 | closed 04/18/14 |
| [8:14-cv-00587-JSM-MAP](#) | Access for the Disabled, Inc. et al v. Abdel et al | filed 03/10/14 | closed 07/08/14 |
| [8:17-cv-01516-JSM-JSS](#) | Kennedy v. Tavares Property Investment, LLC | filed 06/23/17 | closed 09/29/17 |
| [8:17-cv-02763-JDW-JSS](#) | Kennedy v. S.P. Sunshine D's Inc. | filed 11/15/17 | closed 01/17/18 |
| [8:18-cv-00002-EAK-TGW](#) | Kennedy v. LB 500 LLC et al | filed 01/02/18 | closed 04/27/18 |
| [8:18-cv-00072-EAK-AAS](#) | Kennedy v. Fortune Street Hotel, Inc. et al | filed 01/10/18 | closed 02/21/18 |
| [8:18-cv-00074-JSM-TGW](#) | Kennedy v. Insite Tampa DT, LLC | filed 01/10/18 | closed 06/20/18 |
| [8:18-cv-00075-SDM-JSS](#) | Kennedy v. Oxford FT Tampa Property Company, LLC | filed 01/10/18 | closed 02/28/18 |
| [8:18-cv-00150-EAK-AEP](#) | Kennedy v. Provident Management Corporation | filed 01/18/18 | closed 09/14/18 |
| [8:18-cv-00268-CEH-MAP](#) | Kennedy v. Skan LLC | filed 02/01/18 | closed 09/10/18 |
| [8:18-cv-00269-EAK-TGW](#) | Kennedy v. Embassy Investments X, LLC | filed 02/01/18 | closed 04/18/18 |
| [8:18-cv-00394-CEH-CPT](#) | Kennedy v. Blue Jay Consultation, Inc. | filed 02/15/18 | closed 06/11/18 |
| [8:18-cv-00525-JSM-TGW](#) | Kennedy v. Orion Beach Development V LLC | filed 03/05/18 | closed 02/27/19 |
| [8:18-cv-00546-MSS-AEP](#) | Kennedy v. BBC Acquisition Group, LLC | filed 03/07/18 | closed 04/12/18 |
| [8:18-cv-00547-VMC-CPT](#) | Kennedy v. Crestwood Suites of Lakeland, LLC | filed 03/07/18 | closed 03/16/18 |
| [8:18-cv-00548-WFJ-AAS](#) | Kennedy v. Spring Hill Hotel LLC | filed 03/07/18 | closed 10/23/18 |
| [8:18-cv-00555-EAK-TGW](#) | Kennedy v. Crestwood Suites of Lakeland, LLC | filed 03/05/18 | closed 05/22/18 |
| [8:18-cv-00560-SDM-AAS](#) | Kennedy v. Harborside Suites, LLC | filed 03/02/18 | closed 05/09/18 |
| [8:18-cv-00572-CEH-JSS](#) | Kennedy v. BB&T Hotel Investors LLC et al | filed 03/09/18 | closed 05/18/18 |
| [8:18-cv-00573-SCB-CPT](#) | Kennedy v. Barefoot Beach Resort of Indian Shores Condominium Association Inc. | filed 03/09/18 | closed 03/29/18 |
| [8:18-cv-00574-SCB-AAS](#) | Kennedy v. Satya, Inc. | filed 03/09/18 | closed 04/09/18 |
| [8:18-cv-00640-CEH-TGW](#) | Kennedy v. SH Sarasota LLC | filed 03/16/18 | closed 04/18/18 |
| [8:18-cv-00680-VMC-JSS](#) | Kennedy v. Jamuna Corporation | filed 03/21/18 | closed 05/21/18 |
| [8:18-cv-00689-CEH-AAS](#) | Kennedy v. Daus Investments LLC | filed 03/22/18 | closed 05/09/18 |
| [8:18-cv-00720-EAK-TGW](#) | Kennedy v. Terrace Properties Partners, LTD | filed 03/26/18 | closed 08/20/18 |
| [8:18-cv-00842-VMC-CPT](#) | Kennedy v. Gold Sun Hospitality LLC | filed 04/09/18 | closed 07/26/18 |
| [8:18-cv-00862-EAK-MAP](#) | Kennedy v. Dreams Hospitality Group LLC | filed 04/11/18 | closed 05/10/18 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| 8:18-cv-00931-VMC-CPT | Kennedy v. TPG St. Pete Beach, LLC | filed 04/16/18 | closed 08/07/18 |
| 8:18-cv-01005-JSM-AAS | Kennedy v. Siesta Inn & Suites, Inc. | filed 04/25/18 | closed 10/22/18 |
| 8:18-cv-01053-CEH-MAP | Kennedy v. Lake Parker Holdings, LLC | filed 04/30/18 | closed 07/02/18 |
| 8:18-cv-01054-EAK-AAS | Kennedy v. GJNRS, LLC | filed 04/30/18 | closed 09/13/18 |
| 8:18-cv-01279-MSS-CPT | Kennedy v. Rudra Vraj Enterprises Inc. | filed 05/29/18 | closed 09/07/18 |
| 8:18-cv-01464-MSS-AAS | Kennedy v. Terrace Properties Partners, LTD | filed 06/18/18 | closed 08/01/18 |
| 8:18-cv-01688-JSM-CPT | Kennedy v. Sun Coast Motels, Inc. | filed 07/12/18 | closed 11/09/18 |
| 8:18-cv-01870-VMC-CPT | Kennedy v. Dubs et al | filed 07/30/18 | closed 09/12/18 |
| 8:18-cv-01891-MSS-TGW | Kennedy v. Infinity Medical Park Inc. | filed 08/01/18 | closed 12/03/18 |
| 8:18-cv-01892-VMC-TGW | Kennedy v. VBK Santoshi, LLC | filed 08/01/18 | closed 08/31/18 |
| 8:18-cv-01945-JSM-SPF | Kennedy v. Benito Lecoche | filed 08/07/18 | closed 12/07/18 |
| 8:18-cv-01999-EAK-SPF | Kennedy v. Coquina on the Beach, Inc. | filed 08/14/18 | closed 10/22/18 |
| 8:18-cv-02187-WFJ-TGW | Kennedy v. RGBLVD LLC | filed 09/04/18 | closed 10/09/18 |
| 8:18-cv-02188-WFJ-CPT | Kennedy v. DPL Investments Corp. | filed 09/04/18 | closed 03/07/19 |
| 8:18-cv-02189-SDM-TGW | Kennedy v. MEB Capital, Inc. | filed 09/04/18 | closed 10/03/18 |
| 8:18-cv-02241-VMC-AEP | Kennedy v. HCM Hospitality LLC | filed 09/10/18 | closed 10/05/18 |
| 8:18-cv-02452-JSM-TGW | Kennedy v. S P Lodging, Inc. | filed 10/03/18 | closed 11/21/18 |
| 8:18-cv-02515-MSS-CPT | Kennedy v. Siesta Inn and Suites, Inc. | filed 10/11/18 | closed 12/20/18 |
| 8:18-cv-02764-MSS-SPF | Kennedy v. Royal Camelot, LLC | filed 11/13/18 | closed 03/15/19 |
| 8:18-cv-02776-SDM-CPT | Kennedy v. Avrora Realty, LLC. | filed 11/13/18 | closed 02/13/19 |
| 8:18-cv-02796-SCB-AEP | Kennedy v. Bakrac, Inc. | filed 11/13/18 | |
| 8:18-cv-02797-VMC-AEP | Kennedy v. Mainstream Partners VII, LLC | filed 11/13/18 | closed 01/07/19 |
| 8:19-cv-00483-VMC-JSS | Kennedy v. Sai Ram Hotels LLC | filed 02/25/19 | closed 05/21/19 |
| 8:19-cv-01841-MSS-CPT | Kennedy v. Huston Buick GMC Cadillac, Inc | filed 07/29/19 | |
| 8:19-cv-01842-TPB-SPF | Kennedy v. Weikert Properties, LLC | filed 07/29/19 | |
| 8:19-cv-01852-JSM-SPF | Kennedy v. Theo Enterprises, LLC | filed 07/30/19 | closed 08/01/19 |
| 8:19-cv-01854-VMC-SPF | Kennedy v. N43, LTD | filed 07/30/19 | closed 07/31/19 |

8:19-cv-01856-VMC-AEP    Kennedy v. DTDT II, Inc    filed 07/30/19

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/08/2019 11:09:49 | | | |
| **PACER Login:** | tb264768:3362414:0 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Kennedy First Name: Patricia |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |