UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PATRICIA KENNEDY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 8:19-cv-01856 |
| DTDT II, Inc., | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant, DTDT II, Inc., by and through undersigned counsel, hereby advises the Court that this case has been settled. The Parties request that they be permitted fifteen (15) days within which to file the appropriate documentation with the Court.

DATED this 10th day of October, 2019.

    Respectfully submitted,
By: */s/ Jesse Unruh*
    Jesse Unruh, FL Bar # 93121
    JET DOT LAW, PLLC
    12249 Science Drive
    Suite 155
    Orlando, FL 32826
    (407) 494-0135
    www.jet.law
Attorney for Defendant DTDT II, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system will which send a notice of electronic filing to the following: Philip Michael Cullen, III at cullenIII@aol.com, 621 S Federal Hwy, Suite 4, Ft. Lauderdale, FL 33301.

/s/ Jesse Unruh
Jesse Unruh