IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICIA KENNEDY, | : |
| Plaintiff, | : |
| v. | : Case No: 8:19-cv-1856-VCM-AEP |
| DTDT, II, INC., | : |
| Defendant, | : |
| _____/ | : |

## STIPULATION FOR APPROVAL OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant hereby move this court to approve and enter judgment on the attached Consent Decree annexed hereto ("the Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter an order requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC ' 12188 (a)(2) 2000.

Wherefore, Plaintiff and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree, and retain jurisdiction to enforce the Consent Decree and to determine the amount of attorney's fees, costs, and litigation expenses to which the Plaintiff is entitled, and Dismiss the Case with Prejudice.

Pursuant to *Anago Franchise Financing, Inc., v. Shaz, LLC.,* 677 F.3d 1272 (11th Cir. 2012), the effectiveness of this stipulation for dismissal is contingent upon the Court's approval of the attached Consent Decree and retaining jurisdiction to enforce the terms and conditions of that Consent Decree and to determine the amount of attorney's fees, costs, and litigation expenses to which the Plaintiff is entitled.  In the event the Court declines to approve and enter the attached Consent Decree or reserve jurisdiction to enforce the terms and conditions thereof, or to determine the amount of attorney's fees, costs, and litigation expenses to which the Plaintiff is entitled, this Settlement Agreement shall be null and void.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ Philip Michael Cullen, III | By: /s/Jesse I. Unruh |
| PHILIP MICHAEL CULLEN, III<br>Chartered<br>Fla. Bar No: 167853<br>621 South Federal Highway, Ste 4<br>Fort Lauderdale, Florida 33301<br>ph. (954) 462-0600<br>fx. (954) 462-1717<br>CULLEN@aol.com | Jesse Unruh, Esq.<br>FL Bar # 93121<br>JET DOT LAW, PLLC<br>12249 Science Drive<br>Suite 155<br>Orlando, FL 32826<br>(407) 494-0135<br>www.jet.law<br>Attorney for Defendant DTDT II, Inc. |