IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**PATRICIA KENNEDY,**

    Plaintiff,

v.                                      Case no:  8:19-cv-1865-VCM-AEP

**DTDT, II, INC.,**

    Defendant.

_____/

**CONSENT DECREE**

The Parties to this Consent Decree are **PATRICIA KENNEDY**, hereinafter sometimes referred to as "Plaintiff," and **DTDT, II, Inc., d/b/a WOODY'S BBQ** hereinafter sometimes referred to as "Defendant" (Plaintiff and Defendant are the "Parties"). They are jointly requesting the Court adopt this Consent Decree as its final order.

WHEREAS: The Defendant's property is a restaurant located at or about 18501 U.S. Hwy 27, Lake Wales, Florida (the "Subject Property").  The Plaintiff claims that there are architectural barriers existing at the Defendant's property that constitute violations of the Americans With Disabilities Act that unlawfully limit the Plaintiff's use of the property. Defendant does not admit the allegations of the Plaintiff's Complaint, but recognizes that the Plaintiff might prevail and receive some of the relief requested on the merit of their claim.  Moreover, after extensive review, the Parties have determined that the remedial measures agreed to herein constitute all readily achievable measures to bring Defendant's property into compliance with the Americans With Disabilities Act. In consideration for resolving all matters in dispute, the parties have agreed to the following terms and conditions subject to the Court entry of an Order Approving and Entering the Consent Decree.

1. All alterations, modifications, and policies specifically required by this Consent Decree shall be completed prior to the reinspection date set forth below, unless a different completion date is otherwise stated herein. A final property reinspection conducted by Plaintiff will take place on or after October 31, 2020 to ensure that the alterations and modifications to the subject property required below for barrier removal have been completed.  Plaintiff's counsel, expert(s) and/or representatives shall be provided access to the building to conduct a reinspection and to verify commencement, progress and completion of the work required hereby.  In any event, Defendant or its counsel, shall notify Plaintiff's counsel by Certified Return Receipt Mail when all alterations

and modifications contemplated herein are completed.  In the event of non-compliance with the terms and conditions of this agreement, Plaintiff shall be entitled to immediate injunctive relief.

2.   Defendant shall pay Plaintiff's counsel, reasonable attorney's fees, litigation expenses, expert fees, reinspection fees and costs incurred in this matter.  The total amount to be paid shall be established by counsel for the parties by separate letter agreement which shall be deemed incorporated into this Consent Decree. Failing an agreement, the Parties shall request the court to reserve jurisdiction to determine the amounts.

3.   When all issues are resolved between the parties, the parties hereby agree and will request the Court to approve and enter the Consent Decree, providing for retention of jurisdiction by the Court to enforce, as necessary, the terms of this Consent Decree and to determine the amount of attorney's fees, costs and litigation expenses to which the Plaintiff is entitled.

4.   In any action to enforce this Consent Decree, the prevailing party shall be entitled to an award of its reasonable attorney's fees, costs and expert fees.

5.   This Consent Decree shall be binding upon and inure to the benefit of the parties hereto and their respective successor and/or assigns.  The parties shall perform their obligations under this Consent Decree in good faith.

6.   The parties agree that any delays in making the alterations and modifications to the property as provided for pursuant to this Consent Decree caused by third parties (including but not limited to construction contractors, or city building officials, inspectors, or permitting departments) will not be deemed to violate the compliance dates herein as long as the Defendant makes a good faith effort to effect implementation as soon as reasonably possible thereafter.

7.   Upon the Court's approval of this Consent Decree and upon the Defendant's full compliance with the terms and conditions of this Consent Decree, Plaintiff hereby releases and discharges Defendant, its officers, employees, agents, successors and assigns from any and all claims and causes of action which it has and/or had arising under the Americans With Disabilities Act.  This provision is limited to the Subject Property.

8.   All references to the ADAAG refer to the following: 28 CFR Chapter 1 Part 36, App. A. – ADAAG.

9.   The parties acknowledge that the alterations and modifications described in this Consent Decree shall be implemented according to the standards set out in the ADAAG.  All references to figures in the paragraphs below refer to those that accompany the ADAAG and that more fully describe the considered full compliance with the ADA.

10.   This Consent Decree can be executed in any number of counterparts, each of which shall be taken to be one and the same instrument, for the same effect as if  all parties hereto had signed the same signature page.  A copy, e-mail, or facsimile of any parties' signature shall be deemed as legally binding as the original signatures.

11. The Defendant is advised that under certain circumstances a tax credit and/or tax deduction may be available to businesses to help cover the cost of making access improvements. (See Sections 44 and 190 of the Internal Revenue Code.)

12.     The Defendant agrees to bring its property into compliance with the 2010 ADAAG later than October 31, 2020. Specifically, the Defendant shall complete the remedial measures described in Exhibit "A" hereto.  Further, the Defendant shall maintain its property in a state of compliance with the remedial measures described in Exhibit "A".

SIGNATURES:

Parties:

PLAINTIFF:

*Patricia L. Kennedy* [signature]
Patricia Kennedy

Date: **10-24**, 2019.

DEFENDANT

By: *Richard L. Davis* [signature] Dick Davis
Dick Davis for DTDT II, Inc.

October 23, 2019

**Exhibit "A"**

**Remedial Measures:**

1. ADA compliant railings to be installed on curb ramp on south side of building.

2. Signage to be added to dining room with access symbol and shall include the text "Ask staff for assistance with tables."

3. Men's restroom door pull force shall be adjusted to five pounds or lower and closure rate shall be adjusted to a minimum of five seconds.

4. Men's restroom accessible stall shall have a larger flush handle than current handle installed on the toilet.

5. Men's restroom accessible stall shall have a rear grab bar installed.

6. Men's restroom accessible stall shall have pull hardware installed on both sides of door.

7. Men's restroom accessible stall shall have self-closing hinges installed.

8. Men's restroom accessible stall shall have the toilet paper dispenser moved or another dispenser will be added that is not below the side grab bar and that is 7 to 9 inches from the rim of the toilet.

9. Men's restroom shall have pipe insulation added to the sinks.

10. Men's restroom shall have the mirror lowered or an accessory mirror will be added below the current mirror not to exceed 40 inches from floor to bottom reflective edge.

11. Men's restroom wall mounted towel dispensers will be lowered and/or an additional towel dispenser will be installed at a height not to exceed 48 inches above the floor.

12. Signage including the access symbol and braille will be installed to identify restrooms as accessible.

# Signature Certificate

Document name:
**CONSENT DECREE 2 (Final for Signature)**
Unique Document Id:
**30367855-6035-4189-b950-1a0d0fcf**
Document fingerprint:
f6ca90b8d3227d425886253bc1a544d3f6a3420e2b41c6242357abd9bd34718c
1acb19265ed4cdb6795d5aa8d694547ccca67060eb7d7afc534f55e87c451c7e

**Signatories**

| | |
|---|---|
| **DD** **Dick Davis** Owner DTDT II, Inc. Email: ddavis1950@tampabay.rr.com Device: Chrome 77.0 on Chrome OS 12371.75  (computer) IP number: 96.237.160.220 IP Location: Hudson, Massachusetts, United States | Trusted timestamp: 2019-10-23 13:25:31 UTC *Richard L. Davis* |

This document was completed by all parties on:
**2019-10-23 13:25:31 UTC**



This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.

# Audit log

| Trusted timestamp | Event with collected audit data |
|---|---|
| 2019-10-23 13:25:31 UTC | Document was signed by Dick Davis  (ddavis1950@tampabay.rr.com)<br>Device: Chrome 77.0 on Chrome OS 12371.75   (computer)<br>IP number: 96.237.160.220 - IP Location: Hudson, Massachusetts, United States |
| 2019-10-23 13:25:22 UTC | Document was verified via handwritten signature by Dick Davis  (ddavis1950@tampabay.rr.com)<br>Device: Chrome 77.0 on Chrome OS 12371.75   (computer)<br>IP number: 96.237.160.220 - IP Location: Hudson, Massachusetts, United States |
| 2019-10-23 13:24:26 UTC | Document was reviewed by Dick Davis  (ddavis1950@tampabay.rr.com)<br>Device: Chrome 77.0 on Chrome OS 12371.75   (computer)<br>IP number: 96.237.160.220 - IP Location: Hudson, Massachusetts, United States |
| 2019-10-23 13:24:10 UTC | Document was opened by Dick Davis  (ddavis1950@tampabay.rr.com)<br>Device: Chrome 77.0 on Chrome OS 12371.75   (computer)<br>IP number: 96.237.160.220 - IP Location: Hudson, Massachusetts, United States |
| 2019-10-22 17:52:14 UTC | Document was sent to Dick Davis  (ddavis1950@tampabay.rr.com)<br>Device: Chrome 77.0 on Windows 10   (computer)<br>IP number: 104.7.211.43 - IP Location: Orlando, Florida, United States |
| 2019-10-22 17:52:13 UTC | Document was sealed by Jesse Unruh  (jesse@jet.law)<br>Device: Chrome 77.0 on Windows 10   (computer)<br>IP number: 104.7.211.43 - IP Location: Orlando, Florida, United States |
| 2019-10-22 17:47:36 UTC | Document was created by Jesse Unruh  (jesse@jet.law)<br>Device: Chrome 77.0 on Windows 10   (computer)<br>IP number: 104.7.211.43 - IP Location: Orlando, Florida, United States |



This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.