## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
Case No: 8:19-cv-1856-VCM-AEP

**PATRICIA KENNEDY,**

      Plaintiff,

v.

**DTDT, II, INC.,**

_____/

### PLAINTIFF'S NOTICE OF MEDIATOR SELECTION

Plaintiff, Patricia Kennedy,  by and through his undersigned counsel, hereby

notifies the Court that the Parties have scheduled mediation with Peter J. Grilli, Esq.,  Mediation

will be held February 27, 2020, starting at 1:30 P.M., at 3001 W. Azeele, St., Tampa, Fl.

*/s/Philip Michael Cullen, III*
Fla. Bar No: 167853
621 S. Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
e-mail: CULLENIII@aol.com

**I HEREBY CERTIFY** that, on December 21, 2019, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will automatically send

e-mail notification of such filing to the attorneys of record.

/s/Philip Michael Cullen, III, Esq.

1