**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PATRICIA KENNEDY**

        Plaintiff,

v.

**Case No.:** 8:19-cv-1865-VCM-AEP

**DTDT, II, INC.,**

        Defendant.

_____

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the Parties.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| By: /s/ Philip Michael Cullen, III | By: /s/ Jesse Unruh |
| PHILIP MICHAEL CULLEN, III<br>Fla. Bar No: 167853<br>Attorney-at-Law—Chartered<br>621 South Federal Highway, Suite Four<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 462-0600<br>Facsimile: (954) 462-1717<br>e-mail: CULLENIII@aol.com | Jesse Unruh, Esq.<br>SPIRE LAW, LLC<br>12249 Science Dr. Suite 155<br>Orlando, FL 32826<br>Ph. (407) 494-0135<br>jesse@spirelawfirm.com<br>FBN: 93121 |